# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JUAN REYES SALGADO, an individual,

    Plaintiff,

v.                                      CASE NO. _____

JPMORGAN CHASE BANK, N.A.,

    Defendant.

_____/

## NOTICE OF REMOVAL

To:    The Judges of the United States District Court
       Middle District of Florida, Orlando Division

Defendant, JPMorgan Chase Bank, N.A. ("Chase"), removes the action currently pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2019-CA-004454-O (the "State Court Action"), to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. § 1332 (diversity). The grounds for removal of the State Court Action are more fully set forth below.

### A.    BACKGROUND & CONDITIONS OF REMOVAL

1. On April 10, 2019, Plaintiff Juan Reyes Salgado filed this lawsuit in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, in the case styled *Juan Reyes Salgado v. JP Morgan Chase Bank, N.A.*, Civil Case No. 2019-CA-004454-O.

2. Chase was served with the Summons and Complaint on May 6, 2019. A true and correct copy of the Summons and Complaint are attached hereto and incorporated herein as **Composite Exhibit "A"**.

3. Removal to this Court is proper because: (a) the case is being removed from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida; (b) pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty (30) days from the date of Chase's receipt of the initial pleading; and (c) as shown below, this Court has diversity jurisdiction pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

4. In removing this action, Chase does not intend to waive any rights or defenses to which it is otherwise entitled, including but not limited to those set forth in Federal Rules of Civil Procedure 12(b) and 13. Chase further reserves the right to supplement this Notice of Removal and/or present additional arguments in support of removal, if necessary.

5. This action is not a non-removable action as described under 28 U.S.C. § 1445.

6. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal, together with a copy of this Notice of Removal, is being served upon the adverse party and filed with the Clerk of the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. All other pleadings and papers that have been filed other than the Summons and Complaint are attached hereto as **Composite Exhibit "B."**

### B.    THE COMPLAINT

7. Plaintiff's Complaint seeks damages against Chase arising out of Chase's alleged conduct associated with Plaintiff's checking account debit card(s) with Chase.

8. Based on the allegations in the Complaint, the amount in controversy is in excess of $300,000.00 as Plaintiff "demands judgment in the sum of $300,000.00 together with court costs and any further costs which the Court may assess." *See* Statement of Claim included as part of Composite Exhibit "A".

9. Pursuant to 28 U.S.C. § 1332, this Court has original jurisdiction of all civil

actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs, and is between citizens of different states.

10. 28 U.S.C. § 1332(c)(1) provides that "a corporation shall be deemed to be a citizen of every State or foreign state by which it has been incorporated and of the State where it has its principal place of business." However, federally-chartered national banks do not fall under the above provision as they are not incorporated by "any State." 28 U.S.C. § 1348 provides that "all national banking associations shall, for the purposes of all other actions by or against them, be deemed citizens of the States in which they are respectively located." Further, "a national bank, for § 1348 purposes, is a citizen of the State in which its main office, as set forth in its articles of association, is located." *Wachovia Bank, National Association v. Schmidt, et al.*, 546 U.S. 303 (2006).

11. This action involves a controversy that is wholly between citizens of different states, for the reasons that:

    a. Plaintiff alleges in his Complaint that he is a resident of Orange County, Florida.

    b. Chase is not a citizen of Florida because it is a federally-chartered national bank. Chase is, and was at the time the State Court Action was filed, a national banking association with its main office, as designated by its Articles of Association, in Columbus, Ohio.

3

## C.   CONCLUSION

12.   Removal of this case is timely and appropriate.  This civil action is between "citizens of different states," and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.  This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332; *Williams v. Best Buy Co., Inc.*, 269 F.3d 1316, 1319 (11th Cir. 2001).  Chase respectfully requests that this Court take jurisdiction over this matter and remove this action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida to the United States District Court for the Middle District of Florida.

**WHEREFORE**, Chase respectfully requests that the aforesaid action now pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2019-CA-004454-O be removed to this Honorable Court.

DATED May 14, 2019

Respectfully Submitted,

**GREENBERG TRAURIG, P.A.**
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone:  (407) 420-1000
Facsimile:   (407) 420-5909

By: */s/ Courtney M. Keller*
  Courtney M. Keller, Esquire
  Florida Bar No. 028668
  Colin S. Baker, Esquire
  Florida Bar No. 0066352
  Email:  kellerc@gtlaw.com
       bakerco@gtlaw.com
       nef-iws@gtlaw.com
       FLService@gtlaw.com
*Counsel for Defendant JPMorgan Chase Bank, N.A.*

and

        **GREENBERG TRAURIG, P.A.**
Tyrone A. Adras, Esquire
Florida Bar No. 107294
777 S. Flagler Drive, Suite 300 East
West Palm Beach, Florida 33401
Telephone: (561) 650-7900
Facsimile: (561) 655-6222
Email: adrast@gtlaw.com
       chalkleyt@gtlaw.com
       FLService@gtlaw.com
*Co-counsel for Defendant JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 14, 2019, I filed the foregoing **Notice of Removal** with the Clerk of the Court, and served a true and correct copy of the foregoing via UPS Overnight Delivery on:

Juan Reyes Salgado
3275 Barnstable Place
Orlando, Florida 32827
*Pro Se Plaintiff*

       /s/ Courtney M. Keller
       Courtney M. Keller

ACTIVE 43225056v1