UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN REYES SALGADO,

    Plaintiff,

v.                                    Case No. 6:19-cv-912-Orl-37DCI

J.P. MORGAN CHASE BANK,

    Defendant.

## ORDER

Following the dismissal of *pro se* Plaintiff's complaint without prejudice (Doc. 17), Plaintiff sent Defendant a signed "Motion in Compliance with Court Order" stating that he no longer wishes to proceed with the case at this time and consents to the dismissal without prejudice (Doc. 18, pp. 3–4).[1] Construing the Motion as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court finds the action is due to be closed.

Accordingly, the Clerk is **DIRECTED** to close the file. Should Plaintiff wish to further pursue his claims, he must initiate a new action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 9, 2019.

---

[1] Defendant filed Plaintiff's Motion in Compliance with Court Order with the Court as there was no record that Plaintiff had filed it. (*See* Doc. 18, p. 1.)

-1-

-2-



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Party